IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BARRY SCOTT GREENLEE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv87 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the United States Magistrate Judge, which contains proposed findings of fact, conclusions of law and a recommendation for the denial of this action, has been presented for consideration. No objections were filed. After reviewing the Report and Recommendation, the court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED** with prejudice. In addition, as the Magistrate Judge concluded, a certificate of appealability should not issue and is **DENIED**. Finally, it is **ORDERED** that all other motions not previously ruled on are **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this the 22nd day of March, 2017.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE